*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
Isabel C. Balboa, Esquire
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
(Camden)**

| | |
|---|---|
| **IN RE: MARTINE CHRISTOPHE** | Proceedings in Chapter 13 |
| | Case No. 16-27272 (ABA) |
| Debtor(s). | *NOTICE OF MOTION TO DISMISS DEBTOR(S)' CHAPTER 13 BANKRUPTCY CASE* |
| | *HEARING DATE: April 28, 2017 at 9:00 a.m.* |

Charles M. Izzo, Esquire
116 North 2nd Street
P.O. Box 2936
Camden, NJ   08102

Martine Christophe
P.O. Box 902
Sicklerville, NJ   08081

   Isabel C. Balboa, Chapter 13 Standing Trustee, has filed papers with the Court for an Order to Dismiss Debtor(s)' Chapter 13 Bankruptcy Case.

   **Your rights may be affected.**   You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.   (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the relief sought or you want the court to consider your views on the motion, then on or before April 19, 2017.

You or your attorney must file a written answer, explaining your position at:

>	CLERK
>	U.S. BANKRUPTCY COURT
>	P. O. BOX 2067
>	CAMDEN, NJ 08101-2067

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy to:

>	ISABEL C. BALBOA
>	CHAPTER 13 STANDING TRUSTEE
>	CHERRY TREE CORPORATE CENTER
>	535 ROUTE 38, SUITE 580
>	CHERRY HILL, NJ 08002-2977

You must also attend the hearing scheduled for April 28, 2017 at 9:00 a.m. in the courtroom of Judge Andrew B. Altenburg, Jr., U.S. BANKRUPTCY COURT, U.S. POST OFFICE AND COURTHOUSE BUILDING, 401 MARKET STREET, 4TH FLOOR, COURTROOM 4B, CAMDEN, NJ 08102-1104.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter the order granting relief.

Date: March 1, 2017											By:	*/s/ Isabel C. Balboa*
														Isabel C. Balboa
														Chapter 13 Standing Trustee