**OFFICE OF THE CHAPTER 13 STANDING TRUSTEE**
**Isabel C. Balboa, Esquire**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, NJ 08002**
**(856) 663-5002**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**(Camden)**

| | |
|---|---|
| **IN RE: MARTINE CHRISTOPHE** | Proceedings in Chapter 13 |
| | Case No. 16-27272 (ABA) |
| Debtor(s). | *CERTIFICATION OF ISABEL C. BALBOA, CHAPTER 13 STANDING TRUSTEE, TO DISMISS DEBTOR(S)' CHAPTER 13 BANKRUPTCY CASE* |
| | *Hearing Date: April 28, 2017 at 9:00am* |

I, Isabel C. Balboa, Chapter 13 Standing Trustee ("Trustee") am authorized to make this certification.

1. I am the Chapter 13 Standing Trustee for Region 3 pursuant to an order entered by the Office of the United States Trustee, United States Department of Justice.

2. I am personally familiar with the matters set forth herein and I am qualified to testify about them.

3. This Court has exclusive jurisdiction over this matter pursuant to 28 U.S.C. §157 and 11 U.S.C. § 105.

4. Debtor(s) filed his/her/their petition in bankruptcy on September 8, 2016 under 16-27272 (ABA). A Meeting of Creditors was scheduled for October 6, 2016 and Confirmation was/has been scheduled for November 16, 2016.

5. On November 18, 2016, the Court entered an Order Confirming Chapter 13 Plan at $450.00 paid to date; then $235.00 for the remaining 58 months for a total plan length of 60 months.

6. Debtor(s)' case should be dismissed for the reason(s) listed below:

   ☒ PNC Bank, N.A. has filed a secured proof of claim on November 28, 2016 in the amount of $47,604.00 that was not addressed in the Debtor(s)' plan or is significantly higher than the amount proposed to be paid by the Debtor(s) and the plan is no longer feasible. 11 U.S.C. § 1307(c).

   ☒ The Court has entered an Order dated January 4, 2017, granting creditor attorney fees to be paid through the plan to PNC Bank, N.A. in the total amount of $200.00, which were not calculated in the confirmed plan (i.e. post-petition arrearage amount and/or supplemental attorney fees) and the plan is no longer feasible. 11 U.S.C. § 1307(c).

   I certify under penalty of perjury that the foregoing is true and correct.

Dated: March 1, 2017                                By:    /s/ Isabel C. Balboa
                                                           Isabel C. Balboa
                                                           Chapter 13 Standing Trustee